**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **GRASSROOTS ANALYTICS, INC.**<br><br>        Plaintiff,<br><br>  v.<br><br>**ISAIAH MARTIN FOR CONGRESS,** *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-00822 (TSC) |

## ORDER

For the reasons set forth in the court's accompanying Memorandum Opinion, ECF No. 15, Defendants' Motion to Dismiss, ECF No. 8, is **DENIED**.  For the claims against Defendant Martin in his individual capacity, the court will deny Defendants' Motion without prejudice in the event they seek to reassert their arguments following discovery.

   **SO ORDERED.**

Date: March 27, 2026

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1